Maryland Casualty Company, Plaintiff, v. New York Central Railroad Company, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

John A. Fitzpatrick, Respondent, v. International Railway Company, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Elizabeth M. Christmann, Respondent, v. J. J. Siegrist & Company and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Emilio Longhi, Respondent, v. Joseph Sanesi and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Asa H. Whitney, Appellant, v. Frederick Pfisterer, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Isador Galembo, Respondent, v. Anna Farber and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

The People of the State of New York ex rel. Blase Valletta, Relator, v. Charles Hall, President, and Others, Constituting the Board of Trustees of the Village of Solvay, N. Y., and Edwin M. Hall, as Clerk, etc.— Motion to vacate order of certiorari dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

James V. Murphy, Respondent, v. Union Indemnity Company, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs on appeal by October twentieth, shall pay to respondent's attorney ten dollars, and shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Fredericka Hehr, as Administratrix, etc., of Charles Hehr, Deceased, Respondent, v. National Ben Franklin Insurance Company and Others, Appellants.— Appeal dismissed unless appellants shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

William D. Murphy and Another, Respondents, v. Joseph Ryder and Another, Appellants.— Appeal dismissed unless appellants shall be ready for argument on October fifth. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Isaac Feldstein, Respondent, v. Sol Rosokoff and Others, Appellants.— Appeal dismissed unless appellants shall file and serve the printed papers on appeal by October twenty-first. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

James C. Sullivan, Respondent, v. Harry Schwartz and Others, Defendants, and Harry N. Brown, Appellant.— Appeal dismissed unless appellant shall be ready for argument on September thirtieth. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Eva Freiheit and Others, Appellants, v. Fannie M. Lowe and Another, Respondents.— Appeal dismissed unless appellants shall be ready for argument on October fifth. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.